# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY PERRY OLIVER,
                            Appellant,
vs.
THE STATE OF NEVADA,
                            Respondent.

No. 76497

FILED

AUG 20 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
        DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

Appellant filed notices of appeal on July 18, 2018. The notices of appeal fail to designate the specific order or judgment being challenged on appeal. *See* NRAP 3(c)(1)(B). To the extent that appellant appeals from the amended judgment of conviction entered on June 24, 2013, and the order denying a postconviction petition for a writ of habeas corpus entered on February 9, 2015, the notices of appeal were untimely filed. *See* NRAP 4(b); NRS 34.575. To the extent that appellant's appeal is in regard to the order dismissing appeal entered in Docket No. 75649, no statute or court rule provides for an appeal from such an order. *Castillo v. State*, 106 Nev. 349, 792 P.2d 1133 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____ Cherry , J.
Cherry

_____ , J.
Parraguirre

_____ , J.
Stiglich

18-32091

cc:  Hon. Michelle Leavitt, District Judge
Anthony Perry Oliver
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A